UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONA TUCKER                                                                                          PLAINTIFF

v.                              CASE NO. 3:19-CR-00262-BSM

SARAH STAGGS PARKER                                                                     DEFENDANT

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 22] and Federal Rule of Civil Procedure 41, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE