UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONA TUCKER**  　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**CASE NO. 3:19-CV-00262-BSM**

**SARAH STAGGS PARKER**　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE